Irwin Kornspan et al., Respondents, v Benjamin Hertzberg, Doing Business as L.B.A. Company, Appellant. [643 NYS2d 1017]

We find that the damages awarded to the plaintiffs are excessive to the extent indicated because they deviate materially from what would be reasonable compensation under the circumstances of this case *(see,* CPLR 5501 [c]).

We have examined the parties' remaining contentions and find that no further relief is warranted here. Rosenblatt, J. P., Thompson, Pizzuto and Hart, JJ., concur.